MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 5, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/6/24
```

**BY ECF**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Welch*, 24 Cr. 79 (ALC)

Dear Judge Carter:

     The Government writes on behalf of both parties to respectfully request that the Court adjourn the status conference in the above-captioned case currently scheduled for June 6, 2024 at 12:30 p.m. for approximately 6 weeks, to July 16, 2024 at 12:00 p.m. The Government also respectfully requests that the time between June 6, 2024 and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to produce additional discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

     Respectfully Submitted,

     DAMIAN WILLIAMS
     *United States Attorney for the*
     *Southern District of New York*

By:   _____
     Lauren E. Phillips
     Assistant United States Attorney
     Southern District of New York
     212-637-2231

cc (by ECF): Hannah McCrea, Esq.

The application is **GRANTED**. The status conference is adjourned to 7/16/24 at 12:00 p.m. Time excluded from 6/6/24 to 7/16/24 in the interest of justice.
So Ordered.   /s/ Andrew L. Carter   6/6/24