MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

August 12, 2024

**VIA ECF & EMAIL**
Hon. Andrew Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/16/24__

   **Re:   United States v. Sean Welch**
         **24-cr-79 (ALC)**

Dear Judge Carter:

   I write to respectfully request a 60-day adjournment of the conference in this matter, currently scheduled for August 27, 2024 at 12pm. The defense recently received a substantial amount of outstanding discovery in this matter – namely, extractions of electronic devices recovered from Mr. Welch – and is in the process of reviewing that material. The defense requests additional time to review the discovery and discuss with the government a possible pretrial disposition. This is the second request for an adjournment of the conference. The government does not object to this request.

   In addition, the government requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until the next court date so as to facilitate the review of discovery and any discussions regarding a possible pretrial resolution.

                                          Sincerely,

                                          ____/s/_____
                                          Hannah McCrea
                                          Federal Defenders of New York
                                          (646) 574-0351

cc:   AUSA Lauren Phillips
      AUSA Alexandra Messiter

The application is **GRANTED**. The status conference is adjourned to 10/29/24 at 2:00 p.m. Time excluded from 8/27/24 to 10/29/24 in the interest of justice.
So Ordered.  /s/ Andrew L. Carter   8/16/24