```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-15-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

SEAN WELCH,

                Defendant.

------------------------------------------------------------------- x

24-CR-79 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Status Conference set for October 29, 2024, is rescheduled to **11:00 a.m**.

SO ORDERED.

Dated:    New York, New York
            October 15, 2024

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**