```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-18-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

SEAN WELCH,

                Defendant.

-------------------------------------------------------------- x

24 CR 79 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Arraignment set for **November 20, 2025, at 12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 18, 2025

                                         _____
                                         ANDREW L. CARTER, JR.
                                         United States District Judge