UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

        -against-

SEAN WELCH,

                     Defendants.

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *11-19-25*

24-CR-79 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Final Pre-Trial Conference set for **December 4, 2025**, at **2:30 p.m**

**SO ORDERED.**

Dated:     New York, New York
           November 19, 2025

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**