USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/5/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x
   :
 **UNITED STATES OF AMERICA,**  :
   :
   -v.-   :   **24-CR-79 (ALC)**
   :
 **SEAN WELCH,**   :   **ORDER**
   :
   **Defendant.**  :
   :
   :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at yesterday's final pre-trial conference, trial is set to begin on Monday, December 8, 2025. Jury selection will begin at 10:00am. The trial and jury selection will take place in Courtroom 318 located on the 3rd floor in 40 Foley Courthouse. Four alternative jurors will be selected.

Further, the parties are directed to meet and confer and provide the Court by end of day today with a description of the case and a list of entities, places, and individuals that are expected to come up in the trial.

**SO ORDERED.**

**Dated**: **December 5, 2025**
   **New York, New York**

       **ANDREW L. CARTER, JR.**
       **United States District Judge**