USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/5/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,                                    24 Cr. 79 (ALC)


                                                            **ORDER**

             -against-


SEAN WELCH,

-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

       A Change of Plea Hearing is set for **December 8, 2025**, at **10:00 a.m.**

SO ORDERED.

Dated: New York, New York
          December 5, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE