USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/8/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
     **UNITED STATES OF AMERICA,**

           **-v.-**

     **SEAN WELCH,**

               **Defendant.**


-------------------------------------------------------------- x

     **24-CR-00079 (ALC)**

     **<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

     This matter was scheduled to begin trial on Monday, December 8, 2025. On December 5, 2025, the Court was informed by the Defendant Mr. Welch that he decided to plead guilty and was prepared to enter the change of plea on December 8, 2025. As such, the parties were ordered to appear for a change of plea hearing on Monday, December 8, 2025 at 10:00am in Courtroom 444 at 40 Foley.

**SO ORDERED.**

**Dated**:    **December 8, 2025**
          **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                            **United States District Judge**