

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 17, 2026

**By ECF**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *United States v. Sean Welch*, S1 24 Cr. 79 (ALC)

Dear Judge Carter:

The Government respectfully writes on behalf of both parties to request that the Court schedule a hearing under *United States v. Fatico*, 579 F.2d 707 (2d Cir. 1978), to resolve the factual disputes outlined in the defendant's May 12, 2026 sentencing submission (Dkt. 81). Specifically, the defendant objects to the claim that he defrauded three of the victims discussed in the U.S. Probation Office's Presentence Investigation Report and therefore objects to the inclusion of more than $1,000,000 in loss, restitution, and forfeiture. (*See id.* at 3.) The Government believes that a single day's hearing, which the Government anticipates will include testimony from several witnesses, is necessary to resolve these disputed issues.

If the Court is available, the parties respectfully request that the Court schedule the hearing for the week of July 6, 2026. The parties further respectfully request that the Government's May 19, 2026 sentencing submission deadline be adjourned *sine die*, that the Government be ordered to file a pre-hearing submission two weeks before the *Fatico* hearing, and that the defendant be ordered to file a response one week before the date of the hearing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____
Nicholas D. Pavlis
Lauren E. Phillips
Angela Zhu
Assistant United States Attorneys
(212) 637-1068 / -2231 / -1027

Cc:    Counsel of record (by ECF)