USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _5·26·26_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

UNITED STATES OF AMERICA,

            - v. -

SEAN WELCH ,

              Defendant.

------------------------------------------------------------------ X

24-CR-00079 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's Sentencing is adjourned sine die.

**SO ORDERED.**

Dated:      New York, New York
            May 26, 2026

_____
ANDREW L. CARTER, JR.
United States District Judge